UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM D. BITZER, | |
|---|---|
| Petitioner, | Case No. 18-01432 BLF (PR) |
| v. | **JUDGMENT** |
| CDCR, et al., | |
| Respondents. | |

The Court has dismissed the above action for lack of jurisdiction. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: January 25, 2019

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.18\01432Bitzer_judgment